# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

GARRARD E. KINCAID,

    Petitioner,

v.                               Case No. 07-CV-11414

BLAINE LAFLER,

    Respondent.
                                /

## ORDER DENYING PETITIONER'S "MOTION FOR MORE DEFINITE STATEMENT"

Petitioner Garrard E. Kincaid, a state inmate, presently confined at the Mid-Michigan Correctional Facility in St. Louis, Michigan, has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter is before the Court on Petitioner's "Motion for More Definite Statement," filed on February 13, 2008. This Court finds that Petitioner's request lacks merit. Accordingly,

IT IS ORDERED that Petitioner's "Motion for More Definite Statement" [Dkt. # 15] is DENIED WITH PREJUDICE.

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: March 17, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 17, 2008, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522